# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL and ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>FREEDOM SPECIALTY SERVICES INC.,<br><br>    Defendant. | Adv. Proc. No. 21-50934 (MFW) |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Center City Healthcare LLC d/b/a Hahnemann University Hospital and St. Christopher's Healthcare, LLC (together, the "Plaintiffs"), and Freedom Specialty Services Inc. (the "Defendant"), hereby stipulate to dismiss with prejudice all claims asserted in the above-captioned adversary proceeding, with Plaintiffs and Defendant each bearing their own costs and expenses, respectively.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

So stipulated on January 20, 2022.

| | |
|---|---|
| **CAROSELLA & ASSOCIATES, P.C.** | **SAUL EWING ARNSTEIN & LEHR LLP** |
| */s/ Gary E. Thompson* | */s/ Monique B. DiSabatino* |
| Gary E. Thompson, Esq. | Mark Minuti (DE Bar No. 2659) |
| 882 South Matlack Street, Suite 101 | John D. Demmy (DE Bar No. 2802) |
| West Chester, PA 19382 | Monique B. DiSabatino (DE Bar No. 6027) |
| Telephone: (610) 431-3300 | 1201 N. Market Street, Suite 2300 |
| gary@carosella.com | P.O. Box 1266 |
| | Wilmington, DE 19899 |
| *Attorney for the Defendant* | Telephone: (302) 421-6800 |
| | mark.minuti@saul.com |
| | john.demmy@saul.com |
| | monique.disabatino@saul.com |

-and-

Jeffrey C. Hampton
Adam H. Isenberg
A. Mayer Kohn
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com
mayer.kohn@saul.com

*Counsel for the Plaintiffs*